**Pending Motion in Hampden Superior Court, No. 2379CV00616**

Motion by Defendant Dennis Page to Dismiss the Amended Verified Complaint for Insufficiency of Service of Process and Lack of Personal Jurisdiction, filed February 23, 2024.  Mr. Page has not been property served with Plaintiff's complaint and summons, and the purported service by mail was insufficient under the Massachusetts rules for service on a nonresidential individual.  *See* Mass. R. Civ. P. 4(e).  Mr. Page also filed a Declaration and Memorandum of Law in Support of his Motion to Dismiss on February 23, 2024.  Plaintiff's opposition is due March 4, 2024.