UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PAUL JONES,

    Plaintiff,

v.

OVERTIME SPORTS, INC., ZACK WEINER, SLAM MEDIA, INC., DENNIS PAGE, STAPLE DESIGN STUDIO, INC., JEFFREY NG, REGAL CINEMA INC., TAL SOUDRY, AND JOHN A. CURRY,

    Defendant.

Civil # 3:24-cv-30029

## PLAINTIFFS NOTICE OF SETTLEMENT

Plaintiff Paul Jones notices the court that Plaintiff has settled with Defendants Overtime Sports Inc. and Zack Weiner and a motion to dismiss was filed in the Hampden Superior Court before this case was removed to this Federal court , please let this reflect that Plaintiff and Defendants Overtime Sports Inc. and Zack Weiner are no longer a part of this proceeding Civil # 3:24-cv-30029.

Paul Jones     /s/ Paul Jones                                                                March 4, 2024
79 Thompson Street

CERTIFICATE OF SERVICE

I Paul Jones, certify that the above document Notice of Settlement with defendants Overtime Sports Inc. and Zack Weiner has been served by email on all attorneys of record on this 4th day of March 2024.

Respectfully submitted,                    March 4, 2024

Paul Jones     /s/Paul Jones

79 Thompson Street

Springfield, Ma 01109

Pj22765@gmail.com

413-302-6079


Alicia L. Downey, Esq.
Downey Law LLC
155 Federal Street, Suite 300
Boston, MA 02110
alicia@downeylawllc.com


Danielle Y. Vanderzanden (BBO #563933)
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
One Boston Place, Suite 3500
Boston, MA 02108-4403
Telephone: 617-994-5700
Facsimile: 617-994-5701
dani.vanderzanden@ogletree.com