UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL JONES,<br><br>    Plaintiff,<br><br>v.<br><br>OVERTIME SPORTS, INC., ZACK WEINER, SLAM MEDIA, INC., DENNIS PAGE, STAPLE DESIGN STUDIO, INC., JEFFREY NG, REGAL CINEMA INC., TAL SOUDRY, AND JOHN A. CURRY,<br><br>    Defendant. | Civil # 3:24-cv-30029 |

# NOTICE OF SETTLEMENT

Plaintiff Paul Jones notices the court that Plaintiff and Defendants Dennis Page and Slam Media Inc. (collectively "Defendants") have come to a settlement in the above case Civil # 3:24-cv-30029 as of March 4, 2024.

The Parties are currently in the process of finalizing the terms of the settlement agreement and plaintiff intends to file a Motion to dismiss with prejudice to defendants Page and Slam Media Inc. once the necessary documentation are finalized.

Paul Jones    /s/ Paul Jones                           March 4, 2024

79 Thompson Street

Springfield, Ma 01109

Pj22765@gmail.com

413-302-6079


CERTIFICATE OF SERVICE

I Paul Jones, certify that the above document Notice of Settlement has been served by email to the defendant's attorney of record on this 4th day of March 2024.

Respectfully submitted,                              March 4, 2024

Paul Jones    /s/Paul Jones

79 Thompson Street

Springfield, Ma 01109

Pj22765@gmail.com

413-302-6079


Alicia L. Downey, Esq.
Downey Law LLC
155 Federal Street, Suite 300
Boston, MA 02110
alicia@downeylawllc.com


Danielle Y. Vanderzanden (BBO #563933)
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
One Boston Place, Suite 3500
Boston, MA 02108-4403
Telephone: 617-994-5700
Facsimile: 617-994-5701
dani.vanderzanden@ogletree.com