UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

PAUL JONES,

        Plaintiff,

v.

OVERTIME SPORTS, INC., et al.

        Defendant.

Civil # 3:24-cv-30029

## NOTICE OF PLAINTIFF AND STAPLE DESIGN STUDIO, INC., JEFFREY NG CONSENT FOR A 14 DAY EXTENSION TO RESPOND TO PLAINTIFF VERIFIED COMPLAINT

1. The Plaintiff hereby notifies the court that on March 7, 2024, the attorney Adam Sultan representing Defendants Jeffrey NG and Staple Design Studio Inc. contacted the Plaintiff.

2. The Plaintiff and the attorney Adam Sultan representing Defendants Jeffrey NG and Staple Design Studio Inc. have mutually agreed to a 14-day extension of time for the Defendants to respond to the Plaintiff's verified Amended Complaint, with the new deadline being March 21, 2024.

1

## CONCLUSION

WHEREFORE, based on the foregoing reasons, the Plaintiff and Defendants respectfully seek a 14-Day extension for the Defendants' attorney to respond to the Plaintiff's Amended Complaint.


/s/ Paul Jones
Paul Jones                      March 7, 2024,
79 Thompson Street
Springfield, MA 01109
Pj22765@gmail.com
413-302-6079

# CERTIFICATE OF SERVICE

I Paul Jones, certify that the above document will be served on all the attorneys of record in this proceedings before the court on this 7th day of March 2024.

Respectfully submitted,                    March 7, 2024

Paul Jones      /s/Paul Jones

79 Thompson Street

Springfield, Ma 01109

Pj22765@gmail.com

413-302-6079


Danielle Y. Vanderzanden (BBO #563933)

OGLETREE, DEAKINS, NASH,

SMOAK & STEWART, P.C.

One Boston Place, Suite 3500

Boston, MA 02108-4403

Telephone: 617-994-5700

Facsimile: 617-994-5701

dani.vanderzanden@ogletree.com

Adam Sultan

Practus, LLP

Phone: 646.475.7412

New York, NY

Email: Adam.Sultan@practus.com

Website: www.practus.com