UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL JONES,<br><br>Plaintiff,<br>v.<br><br>OVERTIME SPORTS, INC., ZACK WEINER,<br>SLAM MEDIA, INC., DENNIS PAGE,<br>STAPLE DESIGN STUDIO, INC., JEFFREY NG,<br>REGAL CINEMA, INC., TAL SOUDRY,<br>JOHN A. CURRY,<br><br>Defendants. | Civil Action No. 3:24-cv-30029 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties, through their undersigned counsel, hereby stipulate to the dismissal with prejudice of the Plaintiff's Amended Verified Complaint against Slam Media, Inc., and Dennis Page. Each party shall bear its own costs and there shall be no right of appeal from judgment entered in accordance with this Stipulation of Dismissal.

Respectfully submitted,

| | |
|---|---|
| **PAUL JONES**, | **SLAM MEDIA, INC., AND DENNIS PAGE,**<br>By their attorney, |
| */s/Paul Jones*<br>Paul Jones<br>79 Thompson Street<br>Springfield, MA 01109<br>Tel. 617-939-5417<br>Email: Pj22765@gmail.com | */s/Alicia L. Downey*<br>Alicia L. Downey, BBO# 564265<br>Downey Law LLC<br>155 Federal Street, Suite 300<br>Boston, MA 02110<br>Tel. (617) 444-9811<br>Email: alicia@downeylawllc.com |

Dated: March 11, 2024

## CERTIFICATE OF SERVICE

      The undersigned certifies that on the above date, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to any non-registered participants by first-class mail, postage prepaid.

                                                                    */s/Alicia L. Downey*